■ In the Matter of EDENWALD CONTRACTING Co., INC., Petitioner, v DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF NEW YORK, APPEALS BOARD OF THE ADMINISTRATIVE ADJUDICATION BUREAU, Respondent. [671 NYS2d 307] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Department of Motor Vehicles of the State of New York, Appeals Board of the Administrative Adjudication Bureau, dated May 21, 1996, which, after a hearing, found that the petitioner violated Vehicle and Traffic Law § 385 (9) and imposed a fine.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

The determination that the petitioner violated Vehicle and

Traffic Law § 385 (9) was supported by substantial evidence (*see, Matter of Willets Point Contr. Corp. v Department of Motor Vehicles,* 227 AD2d 411). The petitioner is responsible for the knowledge and deeds of its agents acting within the scope of their employment (*see, Matter of Allied Sanitation v Adduci,* 226 AD2d 195; *cf., Matter of Accorso v Appeals Bd. of Admin. Adjudication Bur.,* 185 AD2d 611).

The petitioner's remaining contentions are either unpreserved for review or without merit. Pizzuto, J. P., Joy, Friedmann and Florio, JJ., concur.